

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/29/25
```

Andrew G. Hunt
*Direct:* (215) 278-4076
*Cell:* (215) 383-0082
ahunt@delucalevine.com

> Application GRANTED to the extent that the initial case management conference scheduled for September 3, 2025 will be ADJOURNED to **September 4, 2025 at 10:00 a.m.** The Clerk of Court is respectfully directed to close the motion at Dkt. 18. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> August 29, 2025

August 28, 2025

Honorable Barbara Moses
United States District Court of Southern New York
United States Courthouse
500 Pearl Street
New York, NY 10007
<u>Via ECF</u>

  Re: NorGuard Insurance Company v Fabulous Flowers of Tremont Ave Inc.
     Civil Docket No.: 1:25-cv-03032

Dear Judge Moses:

  Please accept this correspondence on behalf of both parties requesting an adjournment of the September 3rd Rule 16 Conference.

  Counsel for Defendant has a conflict and is scheduled to appear Justice Castorina of the Supreme Court, Richmond County, at 09:30 AM. Counsel for Defendant has had difficulty receiving the notices from the Court and only recently received Your Honor's July 31st Order (ECF 16) when the undersigned forwarded it to his attention. Therefore, please excuse any delay in filing this request.

  Counsel for Plaintiff consents and joins this request. The parties will continue to discuss this matter in anticipation of the conference.

  Thank you for your consideration.

        **Very truly yours,**

        de LUCA LEVINE LLC

        **ANDREW G. HUNT**

AGH/ab
cc: Philip Menna, Esquire – via electronic mail