

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/3/25__

**Andrew G. Hunt**
*Direct:* 215.310.4731
ahunt@delucalevine.com

September 2, 2025

Honorable Barbara Moses
United States District Court of Southern New York
United States Courthouse
500 Pearl Street
New York, NY 10007
<u>Via ECF</u>

> Application GRANTED to the extent that the initial case management conference scheduled for September 4, 2025 will be ADJOURNED to **September 15, 2025 at 10:00 a.m.** The Clerk of Court is respectfully directed to close the motion at Dkt. 20. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> September 3, 2025

      Re:    **NorGuard Insurance Company v Fabulous Flowers of Tremont Ave Inc.**
              **Civil Docket No.:  1:25-cv-03032**

Dear Judge Moses:

Please accept this correspondence on behalf of both parties requesting an adjournment of the Rule 16 Conference scheduled for September 4th, 2025.

Counsel for Plaintiff has a conflict and is scheduled to appear in the United States District Court for the Eastern District of New York at 10:30 AM on September 4th.  To the extent that the Court is willing to accommodate this request, the undersigned has consulted with counsel and obtained the availability of both parties in the next two weeks; September 8, 11, 15, 16 and 17.

Counsel for Defendant consents and joins this request.  The parties will continue to discuss this matter in anticipation of the conference.

Thank you for your consideration.

                                    **Very truly yours,**

                                    de LUCA LEVINE LLC

                                    **ANDREW G. HUNT**

AGH/ab
cc: Philip Menna, Esquire – via electronic mail