**MEMO ENDORSED**

**de Luca | Levine**
SUBROGATION ATTORNEYS

**Joseph L. McGlynn**
*Direct:* (215) 310-4731
jmcglynn@delucalevine.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/25

> Application GRANTED to the extent that the status conference currently scheduled for December 3, 2025 is hereby ADJOURNED sine die. However, the parties must update the Court as to the status of their settlement no later than **November 25, 2025.** SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> November 20, 2025

September 29, 2025

Honorable Barbara Moses
United States District Court of Southern New York
United States Courthouse
500 Pearl Street
New York, NY 10007
<u>Via ECF</u>

   Re:   NorGuard Insurance Company v Fabulous Flowers of Tremont Ave Inc.
         Civil Docket No.: 1:25-cv-03032

Dear Judge Moses:

Please accept this correspondence on behalf of both parties. The parties are pleased to report that they have reached a settlement in the above-captioned case.

Therefore, the parties respectfully request the cancellation of the Status Conference currently scheduled for December 3, 2025 at 10:00 a.m. Once settlement proceeds have been received, Plaintiff will file the stipulation to dismiss.

Thank you for your consideration.

                              Very truly yours,

                              de LUCA LEVINE LLC

                              **JOSEPH L. MCGLYNN**

JLM/ab
cc: Philip Menna, Esquire – via electronic mail